No. 5370.—BANCO TERRITORIAL Y AGRÍCOLA DE PUERTO RICO, apldo., *v.* JIMÉNEZ Y JIMÉNEZ HERMANOS, apltes.—C. D. Arecibo. ▬▬▬▬▬▬▬ Julio 10, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

POR CUANTO, aparece de autos que la sentencia fué dictada el 30 de abril de 1930, y no aparece cuándo se archivara la notificación;

POR CUANTO, es cierto que en la demanda se inserta copia del pagaré, y la autenticidad del documento no está negada en forma y la parte demandada no acudió al juicio para probar defensa alguna,

POR TANTO, se declara con lugar la moción de desestimación por frívola.